Alice E. Garnsey, Respondent, v. Henry D. Degener, Appellant.— Judgment and order unanimously affirmed, with costs.

Hydraulic Race Company, Appellant, v. Frederick Stuart Greene, Individually and as Superintendent of Public Works of the State of New York, Respondent. State of New York and Lockport Light, Heat and Power Company and Others, Defendants.— Order modified by striking out that part thereof referring to paragraphs 14 to 16, inclusive, and 29 to 31, inclusive, to the end that those paragraphs may be retained in the complaint; and as so modified unanimously affirmed, without costs.

In the Matter of the Claim of Michael Grubich, Respondent, against Bartlett Hayward Company, Appellant. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Anna Rogers, Respondent, against Browning, King & Company and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Anna B. Ullman, Respondent, and Others against Julius Keller and Another, Appellants. State Industrial Board, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence connecting the pernicious anæmia, found to have been the cause of death, with the lead poisoning. All concur.

In the Matter of the Claim of James Dinato, Jr., Respondent, against B. M. Higginson and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Arthur Burland, Respondent, against Syracuse Washing Machine Corporation and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Pelagia Pawlowski, Respondent, against W. J. Conners and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Mary Hughes, Respondent, against Trustees of St. Patrick's Cathedral and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Edward Feeney, Respondent, against Thomas J. Gorman and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Grazia Ventimiglia, Respondent, against C. Lehman Packing Company and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Jane D. Gray, Respondent, against Benjamin Moore & Co., and Another, Appellants. State Industrial Board, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board.